MAYBELLE H. McNICOL, Respondent, v. FRANK McNICOL, Appellant.

Rabin, Acting P. J., Hopkins, Munder, Martuscello and Brennan, JJ., concur.